| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Texas |
| Case number *(if known)* _____ Chapter 7 |

☐ Check if this an amended filing

Official Form 105
# Involuntary Petition Against an Individual    12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

**Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. **Chapter of the Bankruptcy Code**   *Check one:*

    ■ Chapter 7
    ☐ Chapter 11

**Part 2:   Identify the Debtor**

2. **Debtor's full name**

    Francois
    First name

    Stanislas
    Middle name

    Bellon
    Last name

    _____
    Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

    Include any assumed, married, maiden, or trade names, or doing business as names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

    ☐ Unknown

    xxx-xx-5318         OR

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

    ■ Unknown

    _____ EIN
    _____ EIN

6. **Debtor's address**

    Principal residence
    1540 Sul Ross
    Number     Street
    Houston TX 77006-0000
    City                  State     Zip Code
    Harris
    County

    Principal place of business
    _____
    Number     Street

    Mailing address, if different from residence
    75 Sullivan St.
    Number     Street
    (Penthouse/Top Floor)
    New York, NY
    City                  State     Zip Code

Official Form 105                    Involuntary Petition Against an Individual                    page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor | Francois Stanislas Bellon | Case number *(if known)* _____ |
| | 1540 Sul Ross | |
| | Houston TX 77006-0000 | |
| | City     State     Zip Code | |
| | Harris | |
| | County | |

---

**7. Type of business**     ☐ Debtor does not operate a business:

*Check one if the debtor operates a business*
☐ use Health Care Business (as defined in 11 U.S.C. § 101(27A)
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
■ None of the above

---

**8. Type of debt**

**Each petitioner believes:**
☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

---

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☐ No
■ Yes

| | | | | | |
|---|---|---|---|---|---|
| Debtor | The Engy Group, LLC and Francois Stanislas Bellon | | | Relationship | Affiliate |
| District | Southern District of Texas | Date filed | 08/08/2017 | Case number, if known | 17-34848 |
| | | | MM / DD / YYYY | | |
| Debtor | Francois Stanislas Bellon | | | Relationship | Debtor |
| District | Southern District of Texas | Date filed | 08/14/2017 | Case number, if known | 17-34923 |
| | | | MM / DD / YYYY | | |

---

**Part 3:   Report About the Case**

**10. Venue**

Reason for filing in this court.

*Check one:*

■ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.
☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

■ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

■ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|

Debtor   Francois Stanislas Bellon                                                    Case number (*if known*)

| | |
|---|---:|
| William Vincent Walker - Judgment against Francois Stanislas Bellon in the amount of $850,000 plus interest and attorney's fees.<br>*Amount does not include attorney's fees | $870,368.33* |
| Total | $870,368.33* |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

*/s/ William Vincent Walker*

Signature of petitioner or representative, including representative's title

William Vincent Walker
Printed name of petitioner
Date signed
    MM / DD / YYYY

**Mailing address of petitioner**
4899 Montrose Blvd., Apt. 805
Number     Street

Houston TX 77006-0000
City                State        Zip Code

If petitioner is an individual and is not represented by an attorney:
Contact phone
Email

**Name and mailing address of petitioner's representative, if any**

Name

Number     Street

City                State        Zip Code

**Attorneys**

Signature of attorney

Joshua W. Wolfshohl
Printed name
Porter Hedges LLP
Firm name, if any
1000 Main Street, 36th Floor
Number     Street
Houston TX 77002-0000
City                State        Zip Code
Date Signed
    MM / DD / YYYY
Contact phone  713-226-6000    Email jwolfshohl@porterhedges.com

**Petitioners or Petitioners' Representative**

Signature of petitioner or representative, including representative's title

Printed name of petitioner
Date signed
    MM / DD / YYYY

**Mailing address of petitioner**

Number     Street

City                State        Zip Code

**Attorneys**

Signature of attorney

Printed name

Firm name, if any

Number     Street

City                State        Zip Code
Date Signed
    MM / DD / YYYY
Contact phone                   Email

Debtor  Francois Stanislas Bellon                                    Case number (*if known*)

| | |
|---|---|
| William Vincent Walker - Judgment against Francois Stanislas Bellon in the amount of $850,000 plus interest and attorney's fees. *Amount does not include attorney's fees | $870,368.33* |
| Total | $870,368.33* |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| | */s/ Joshua W. Wolfshohl* |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| William Vincent Walker | Joshua W. Wolfshohl |
| Printed name of petitioner | Printed name |
| Date signed     MM / DD / YYYY | Porter Hedges LLP |
| | Firm name, if any |
| **Mailing address of petitioner** | 1000 Main Street, 36th Floor |
| 4899 Montrose Blvd., Apt. 805 | Number    Street |
| Number    Street | Houston TX 77002-0000 |
| | City                   State         Zip Code |
| Houston TX 77006-0000 | Date Signed  06/26/2020 |
| City                   State         Zip Code | MM / DD / YYYY |
| | Contact phone  713-226-6000    Email jwolfshohl@porterhedges.com |
| **If petitioner is an individual and is not represented by an attorney:** | |
| Contact phone _____ | |
| Email _____ | |
| **Name and mailing address of petitioner's representative, if any** | |
| Name | |
| Number    Street | |
| City                   State         Zip Code | |

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| | |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| | |
| Printed name of petitioner | Printed name |
| Date signed     MM / DD / YYYY | |
| | Firm name, if any |
| **Mailing address of petitioner** | |
| | Number    Street |
| Number    Street | |
| | City                   State         Zip Code |
| | Date Signed |
| City                   State         Zip Code | MM / DD / YYYY |
| | Contact phone _____    Email _____ |