UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| FRANCOIS STANISLAS BELLON § | CASE NO. 20-33214 (MI) |
| § | (Chapter 7) |
| Debtor. § | |

## DECLARATION OF MATTHEW B. PROBUS

I, MATTHEW B. PROBUS, do state under penalty of perjury as follows:

1. My name is Matthew B. Probus. I am over eighteen years of age, am of sound mind and body and am qualified and authorized to make this declaration. I have personal knowledge of the facts contained in this declaration, and they are all true and correct.

2. Wauson | Probus is the counsel for Eva S. Engelhart, Chapter 7 Trustee, in this case, and I am the lead attorney of record for the Trustee.

3. The Trustee seeks an expedited hearing on this matter. The Debtor has failed to appear for his meeting of creditors, file any schedules and statements, and failed to provide documents to the Trustee. The meeting of creditors has been reset to Friday December 18, 2020 at 1:00 p.m. The Debtor has still not retained counsel or complied with the Court's order, leaving the Trustee and the creditors without information to move forward.

4. I hereby declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Dated this 17th day of December, 2020, in Houston, Texas.


By:  *//s// Matthew B. Probus*
    Matthew B. Probus

1