

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/17/2020

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FRANCOIS STANISLAS BELLON | § | CASE NO. 20-33214 (MI) |
| | § | (Chapter 7) |
| Debtor. | § | |

**ORDER DIRECTING DEBTOR TO APPEAR AND SHOW CAUSE
WHY HE SHOULD NOT BE HELD IN CIVIL CONTEMPT,
PAY THE TRUSTEE'S ATTORNEY'S FEES AS A SANCTION,
AND HELD IN CUSTODY UNTIL HE PURGES THE CONTEMPT**
[Ref. Doc. No. 23]

Upon consideration of the Trustee's Expedited Motion for Order Directing the Debtor to Appear and Show Cause Why He Should Not be Held in Civil Contempt for Failure to Comply with the Court's 11/9/2020 Order (Doc. No 13) (the "Motion") and the Court, having considered the Motion, the pleadings on file in this case, the arguments of counsel and the applicable law, is of the opinion that Mr. Bellon must show cause why he should not be held in contempt:

ORDERED, that the Debtor, Francois Stanislas Bellon, shall appear before this Court on __February 3, 2021 at 9:00 a.m.__ and show cause why he should not be held in civil contempt for his failure to comply with this Court's order dated November 9, 2020 (Doc. No. 13), in particular and specifically for: (1) his failure to file the following with the Court by November 30, 2020: (a) Schedule of assets and liabilities; (b) Schedule of current income and expenditures; (c) Statement of the Debtor's Financial Affairs; (d) Copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition; (e) Statement of the amount of monthly net income, itemized to show how the amount is calculated; and (f) Statement disclosing any reasonably anticipated increase in income and expenditures over the 12-

1

month period following the date of the filing of the petition; (2) his failure to appear and testify at the Meeting of Creditors on December 10, 2020 at 1:00 pm by calling 866-815-5352, passcode 8068140, and (3) for his to provide the Trustee with: (a) a copy of his personal Federal Income Tax Returns for 2017, 2018, and 2019, on or before November 30, 2020, (b) a copy of his social security card, driver's license, or other acceptable identification, on or before November 30, 2020; (c) a copy of all bank statements for all accounts that he has signatory authority, from January 1, 2020 through September 11, 2020. Further it is:

ORDERED, that the show cause hearing shall be conducted via telephone and videoconference.  The telephone dial-in information is as follows:

(832) 917-1510; conference room number is 954554

The videoconference information is as follows:

https://GoToMeeting.com; meeting room "JudgeIsgur"

Further it is:

ORDERED, that Matthew B. Probus, counsel for the Chapter 7 Trustee, Eva S. Engelhart, shall within three (3) days after entry of this order serve a copy of this order on the Debtor by United States regular mail, first class, postage prepaid, at 1540 Sul Ross, Houston, Texas 77006 and at 75 Sullivan Street, New York, New York 10012, via United States certified mail, return receipt requested, at 1540 Sul Ross, Houston, Texas 77006 and at 75 Sullivan Street, New York, New York 10012, and via email at stashellon@gmail.com and file a

3

certificate of service with the court within three (3) days after service of the order is sent.

Signed:  December 17, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

> **Failure to appear may result in an order for Mr. Bellon to be taken into custody and held until the Court can conduct the required hearing.**

3