**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FRANCOIS STANISLAS BELLON | § | CASE NO. 20-33214 (MI) |
| | § | (Chapter 7) |
| Debtor. | § | |

<u>**EVA ENGELHART, CHAPTER 7 TRUSTEE'S, WITNESS/EXHIBIT LIST**</u>
**[Ref. Doc. Nos. 13 & 24]**

| Witnesses: | Judge: Marvin Isgur |
|---|---|
| | Courtroom Deputy: |
| Eva Engelhart, Chapter 7 Trustee | Hearing Date: February 3, 2021 |
| (In Person and by Declaration) | Hearing Time: 9:00 a.m. |
| | Party's Name: Trustee Eva Engelhart, Movant |
| | Attorney's Name: Matthew B. Probus |
| | Attorney's Phone: (281) 242-0303 |
| | Nature of Proceeding: Hearing for Debtor to Appear and Show Cause Why He Should Not be Held in Civil Contempt for Failure to Comply with the Court's 11/9/2020 Order (See Doc. Nos. 13 & 24) |

**EXHIBITS**

| Ex # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Francois Stanislas Bellon's 2017 Chapter 11 Petition | | | | |
| 2 | Transcript of First Hearing in Bellon's 2017 Chapter 11 Case | | | | |
| 3 | Signed Order of Joint Administration in Bellon's 2017 Chapter 11 Case | | | | |
| 4 | Schedules in Bellon's 2017 Chapter 11 Case | | | | |
| 5 | Statement of Financial Affairs in Bellon's 2017 Chapter 11 Case | | | | |
| 6 | Amended Schedules in Bellon's 2017 Chapter 11 Case | | | | |

1

| Ex # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 7 | Amended SOFA in Bellon's 2017 Chapter 11 Case | | | | |
| 8 | Amended Schedule E-F in Bellon's 2017 Chapter 11 Case | | | | |
| 9 | Signed Order of Confirmation in Bellon's 2017 Chapter 11 Case | | | | |
| 10 | Order for Relief in Chapter 7 Case | | | | |
| 11 | Email from Chapter 7 Tristee to Mr. Bellon dated 10/22/2020 re need for compliance and 341 meeting | | | | |
| 12 | Chapter 7 Trustee's Emergency Motion to Compel Compliance with 11 U.S.C §521 | | | | |
| 13 | Court's Order to Amend Motion to Compel | | | | |
| 14 | Chapter 7 Trustee's Amended Motion to Compel Compliance with 11 U.S.C §521 | | | | |
| 15 | emails between Engelhart and Mr. Bellon dated 11/6/2020 re compliance | | | | |
| 16 | Court's Order Granting Amended Motion to Compel | | | | |
| 17 | Emails between Ms. Engelhart and Mr. Bellon dated 12/9/2020 re reset 341 Meeting | | | | |
| 18 | Email from Mr. Bellon to Ms. Engelhart dated 12/10/2020 re Not Appearing at 341 Meeting | | | | |
| 19 | Signed Order Directing Debtor to Appear and Show Cause | | | | |
| 20 | Email of Delivery Receipt reflecting Mr. Bellon's receipt of email sending Show Cause Order | | | | |

| Ex # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 21 | Emails with Mr. Bellon Acknowledging Receipt of Show Cause Order | | | | |
| 22 | Declaration of Eva S. Engelhart | | | | |

Respectfully submitted,

**WAUSON | PROBUS**

By:   /s/ Matthew B. Probus
      **Matthew B. Probus**
      TBA#16341200
      Fed. I.D. No. 10915

One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
(281) 242-0303 (Telephone)
(281) 242-0306 (Facsimile)

*ATTORNEYS FOR EVA S. ENGELHART,
CHAPTER 7 TRUSTEE*

3