**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Francois | S. | Bellon |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Texas

Case number  20-33214
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name _____

Number     Street _____

_____

City              State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____    $_____    $_____
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

Priority Creditor's Name _____

Number     Street _____

_____

City              State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____    $_____    $_____
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1  Francois      S.     Bellon                        Case number (if known) 20-33214
         First Name  Middle Name  Last Name

**Part 1:  Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.        Total claim    Priority amount    Nonpriority amount

☐
Priority Creditor's Name                    Last 4 digits of account number ___ ___ ___ ___        $_____  $_____  $_____

Number       Street                         When was the debt incurred? _____

                                            As of the date you file, the claim is: Check all that apply.
City          State    ZIP Code
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

**Who incurred the debt?** Check one.        **Type of PRIORITY unsecured claim:**

☐ Debtor 1 only                              ☐ Domestic support obligations
☐ Debtor 2 only                              ☐ Taxes and certain other debts you owe the government
☐ Debtor 1 and Debtor 2 only                 ☐ Claims for death or personal injury while you were
☐ At least one of the debtors and another      intoxicated
                                            ☐ Other. Specify _____
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

☐
Priority Creditor's Name                    Last 4 digits of account number ___ ___ ___ ___        $_____  $_____  $_____

Number       Street                         When was the debt incurred? _____

                                            As of the date you file, the claim is: Check all that apply.
City          State    ZIP Code
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

**Who incurred the debt?** Check one.        **Type of PRIORITY unsecured claim:**

☐ Debtor 1 only                              ☐ Domestic support obligations
☐ Debtor 2 only                              ☐ Taxes and certain other debts you owe the government
☐ Debtor 1 and Debtor 2 only                 ☐ Claims for death or personal injury while you were
☐ At least one of the debtors and another      intoxicated
                                            ☐ Other. Specify _____
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

☐
Priority Creditor's Name                    Last 4 digits of account number ___ ___ ___ ___        $_____  $_____  $_____

Number       Street                         When was the debt incurred? _____

                                            As of the date you file, the claim is: Check all that apply.
City          State    ZIP Code
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

**Who incurred the debt?** Check one.        **Type of PRIORITY unsecured claim:**

☐ Debtor 1 only                              ☐ Domestic support obligations
☐ Debtor 2 only                              ☐ Taxes and certain other debts you owe the government
☐ Debtor 1 and Debtor 2 only                 ☐ Claims for death or personal injury while you were
☐ At least one of the debtors and another      intoxicated
                                            ☐ Other. Specify _____
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

Debtor 1  Francois           S.              Bellon                    Case number (if known) 20-33214
         First Name   Middle Name    Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                        **Total claim**

**4.1**  Karim Al Azhari                                Last 4 digits of account number ___ ___ ___ ___    $ 250,000.00
         Nonpriority Creditor's Name
         c/o William Bush, 5615 Kirby Dr., Suite 900    When was the debt incurred? _____
         Number   Street
         Houston                    TX    77005         As of the date you file, the claim is: Check all that apply.
         City                       State ZIP Code
                                                        ☐ Contingent
         **Who incurred the debt?** Check one.          ☐ Unliquidated
         ☐ Debtor 1 only                                ☑ Disputed
         ☐ Debtor 2 only
         ☐ Debtor 1 and Debtor 2 only                   **Type of NONPRIORITY unsecured claim:**
         ☐ At least one of the debtors and another
                                                        ☐ Student loans
         ☐ Check if this claim is for a community debt  ☐ Obligations arising out of a separation agreement or divorce
                                                           that you did not report as priority claims
         **Is the claim subject to offset?**            ☐ Debts to pension or profit-sharing plans, and other similar debts
         ☐ No                                           ☐ Other. Specify _____
         ☐ Yes

**4.2**  Bashar Mardini                                 Last 4 digits of account number ___ ___ ___ ___    $ 500,000.00
         Nonpriority Creditor's Name
         c/o William Bush, 5615 Kirby Dr., Suite 900    When was the debt incurred? _____
         Number   Street
         Houston                    TX    77005         As of the date you file, the claim is: Check all that apply.
         City                       State ZIP Code
                                                        ☐ Contingent
         **Who incurred the debt?** Check one.          ☐ Unliquidated
         ☐ Debtor 1 only                                ☑ Disputed
         ☐ Debtor 2 only
         ☐ Debtor 1 and Debtor 2 only                   **Type of NONPRIORITY unsecured claim:**
         ☐ At least one of the debtors and another
                                                        ☐ Student loans
         ☐ Check if this claim is for a community debt  ☐ Obligations arising out of a separation agreement or divorce
                                                           that you did not report as priority claims
         **Is the claim subject to offset?**            ☐ Debts to pension or profit-sharing plans, and other similar debts
         ☐ No                                           ☐ Other. Specify _____
         ☐ Yes

**4.3**  Anapolsky Advisors                             Last 4 digits of account number ___ ___ ___ ___    $ 126,835.60
         Nonpriority Creditor's Name
         5107 Aspen St.                                 When was the debt incurred? _____
         Number   Street
         Bellaire                   TX    77401         As of the date you file, the claim is: Check all that apply.
         City                       State ZIP Code
                                                        ☐ Contingent
         **Who incurred the debt?** Check one.          ☐ Unliquidated
         ☐ Debtor 1 only                                ☑ Disputed
         ☐ Debtor 2 only
         ☐ Debtor 1 and Debtor 2 only                   **Type of NONPRIORITY unsecured claim:**
         ☐ At least one of the debtors and another
                                                        ☐ Student loans
         ☐ Check if this claim is for a community debt  ☐ Obligations arising out of a separation agreement or divorce
                                                           that you did not report as priority claims
         **Is the claim subject to offset?**            ☐ Debts to pension or profit-sharing plans, and other similar debts
         ☐ No                                           ☑ Other. Specify Engagement letter ; not signed by Debtor
         ☐ Yes

Debtor 1  Francois      S.       Bellon                    Case number (if known) 20-33214
         First Name  Middle Name  Last Name

**Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                     Total claim

---

**The Engy Group, LLC**
Nonpriority Creditor's Name
c/o Jonathan D. Baughman, 609 Main St., Ste. 2800
Number    Street
Houston                      TX      77002
City                         State   ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___       $ 750,000.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**Miller NCG, Inc.**
Nonpriority Creditor's Name
9204 Emmoth Road
Number    Street
Houston                      TX      77040
City                         State   ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___       $ 271,867.30

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Note; not signed by Debtor**

---

**William V. Walker**
Nonpriority Creditor's Name
c/o Joshua Wolfshoh; Porter & Hedges
Number    Street
1000 Main, 36th Fl., Houston   TX   77002
City                         State   ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___       $ 875,771.06

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
may be subject to offsets

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Judgment**

---

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page ___ of ___

Debtor 1  Francois S. Bellon  Case number (if known) 20-33214
         First Name  Middle Name  Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name
Number  Street
City  State  ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                            ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name
Number  Street
City  State  ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                            ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name
Number  Street
City  State  ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                            ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name
Number  Street
City  State  ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                            ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name
Number  Street
City  State  ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                            ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name
Number  Street
City  State  ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                            ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name
Number  Street
City  State  ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                            ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Official Form 106E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page ___ of ___

Debtor 1  Francois          S.              Bellon
         First Name   Middle Name    Last Name                                    Case number (if known) 20-33214

## Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claim**

Total claims from Part 1

- 6a. Domestic support obligations — 6a. $_____
- 6b. Taxes and certain other debts you owe the government — 6b. $_____
- 6c. Claims for death or personal injury while you were intoxicated — 6c. $_____
- 6d. Other. Add all other priority unsecured claims. Write that amount here. — 6d. + $_____
- 6e. Total. Add lines 6a through 6d. — 6e. $_____

**Total claim**

Total claims from Part 2

- 6f. Student loans — 6f. $_____
- 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims — 6g. $_____
- 6h. Debts to pension or profit-sharing plans, and other similar debts — 6h. $_____
- 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. — 6i. + $_____
- 6j. Total. Add lines 6f through 6i. — 6j. $_____

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims                     page ___ of ___