IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: Francois Stanislas Bellon § CASE NO. 20-33214
§
Debtor(s) § Chapter 7
§

## 341(a) MEETING QUESTIONNAIRE AND SWORN TESTIMONY

The answers and information provided by the Debtor(s) in this document are a part of the Debtor(s) sworn testimony given before the Chapter 7 Trustee or the Trustee's designated representative. Debtor(s), you must read the questions stated below and answer fully and completely (Singular tense shall be interpreted as Plural tense when the case is a joint filing).

**TO THE EXTENT THAT ANY OF THE FOLLOWING INFORMATION IS NOT SHOWN IN YOUR PETITION, SCHEDULES, OR STATEMENT OF FINANCIAL AFFAIRS OR, IF ANY OF THIS INFORMATION IN THOSE DOCUMENTS HAS CHANGED, PLEASE ANSWER THE FOLLOWING AND IMMEDIATELY AMEND YOUR PETITION, SCHEDULES, OR STATEMENT OF FINANCIAL AFFAIRS HIGHLIGHTING THE INFORMATION THAT HAS BEEN ADDED, CHANGED, OR DELETED:**

|  | **Debtor** | **Joint Debtor** |
|---|---|---|
| Name(s): | Francois Stanislas Bellon | |
| Address: | 75 Sullivan, 8th Floor | |
|  | New York, NY 10012 | |
| Telephone (home): | (832) 633-3736 | |
| Employer(s): | | |
| Address: | | |
| Telephone (work): | | |

**Non-Filing Spouse**

| Name: | |
| Address: | |
| Telephone (home): | |
| Telephone (work) | |

Final Revised Questionnaire 11072012:2487859_1

## GENERAL INFORMATION

|   |   | Debtor | Joint Debtor |
|---|---|---|---|
| 1. | Have you ever filed bankruptcy before?<br>a. If yes, when? _____ Where? _____<br>b. Chapter? __11__  Did you receive a discharge? | ☒ Yes ☐ No<br><br>☒ Yes ☐ No | ☐ Yes ☐ No<br><br>☐ Yes ☐ No |
| 2. | I have the following outstanding liabilities:<br>a. Child Support (*See* Question No. 44)<br>b. Student Loans<br>c. Taxes<br>d. Claims for death or personal injury<br>e. Obligations to pension or profit sharing | ☒ Yes ☐ No<br>☐ Yes ☒ No<br>☐ Yes ☒ No<br>☐ Yes ☒ No<br>☐ Yes ☒ No | ☐ Yes ☐ No<br>☐ Yes ☐ No<br>☐ Yes ☐ No<br>☐ Yes ☐ No<br>☐ Yes ☐ No |

## KNOWLEDGE OF IMPORTANT BANKRUPTCY ISSUES

3. I am an individual debtor. I know my case will be dismissed on the 46th day after I filed this bankruptcy if certain documents are not timely filed.   N/A   ☐ Yes ☐ No

4. I have provided my attorney or the Trustee with the following documents:
   ☒ All bank statements for the three months prior to the bankruptcy filing
   ☒ Last two years tax returns
   ☐ Disabled Veteran's letter (if applicable)  N/A

5. The majority of my debts were incurred primarily for personal, family or household purposes.   ☐ Yes ☒ No

6. I understand that I must provide to my attorney or the Trustee all bank statements for the month of filing.   ☒ Yes ☐ No

7. I received, read, and understand my duty to comply with the Duties and Responsibilities of a Debtor Under Chapter 7.   ☐ Yes ☐ No

8. I received, read, and understand the Statement of Information required by 11 U.S.C. § 341 prepared by the Office of the United States Trustee.   ☐ Yes ☐ No

9. I read and signed the ~~Bankruptcy Petition~~ Schedules, and Statement of Financial Affairs before these documents were filed with the Court.   ☒ Yes ☐ No

10. I understand the questions and information contained in my Bankruptcy Petition, Schedules, Statement of Financial Affairs and this written Sworn Testimony.   ☒ Yes ☐ No

11. I personally signed my ~~Bankruptcy Petition~~ Bankruptcy Schedules and Statement of Financial Affairs, and ~~Means Test~~ before these documents were filed with the Court.   ☒ Yes ☐ No

12. I understand that all property owned by me may be liable for my domestic support obligations.   ☒ Yes ☐ No ☐ n/a

Final Revised Questionnaire 11072012:2487859_1

13. I understand that within thirty days of my initial meeting of creditors I must reach an agreement with my secured creditor(s) (with purchase money collateral) and either surrender the asset, redeem the asset or reaffirm the debt or the automatic stay will terminate.   N/A   ☐ Yes ☐ No

### QUESTIONS RELATED TO ASSETS

14. In my Bankruptcy Schedules, I have accurately listed everything that I own including real estate, personal property and money.   ☒ Yes ☐ No

15. I understand that any unreceived tax refund for this and any prior tax years is an asset of the bankruptcy estate and that I must tell my Trustee when I receive these refunds if such funds exceed the amount reflected in my schedules or are not listed in my Schedules. (Please refer to the debtor's Duties and Responsibilities).   ☒ Yes ☐ No

16. I have lived in Texas for the last 730 days (2 years).   ☐ Yes ☒ No
    a. If no, list the States you resided in the last 730 days (2 years):
    State: __New York__ From: _____ To: _____
    State: _____ From: _____ To: _____

17. I have listed, on Schedule C, real estate located in Texas:   ☐ Yes ☒ No
    a. If yes, were you living there on the date of your bankruptcy filing?   ☐ Yes ☐ No
    b. Is it within the city limits?   ☐ Yes ☐ No
    c. If it is located outside the city limits, how many acres is it? _____
    d. Is the equity in the property in excess of $146,450.00?   ☐ Yes ☐ No

18. Did you purchase your home during the four years before filing this bankruptcy?   ☐ Yes ☒ No
    a. If yes, state the date the property was acquired: _____

19. Have you, within the last 10 years, owned any interest in real estate anywhere that is NOT listed in your schedules?   ☐ Yes ☒ No
    a. With respect to any real estate not listed in Schedule A, has it been sold or foreclosed? ☐ Foreclosed ☐ Sold   When? _____   ☐ Yes ☐ No
    b. If sold, were you paid in full at closing?   ☐ Yes ☐ No
    c. If sold, did you sell it to a friend or relative or family member?   ☐ Yes ☐ No

20. Do you receive or are you entitled to receive any payments from a loan of any kind (such as a contract for deed, promissory note, personal loan, etc.)?   ☐ Yes ☒ No

21. Do you currently have any nonbanking deposit accounts such as PayPal, Amazon, online gambling, casinos, etc?   ☐ Yes ☒ No

22. Do you have any unused reward points, gift cards, gift certificates, or airline tickets?   ☒ Yes ☐ No

23. Do you own any rental property?   ☐ Yes ☒ No
    a. If yes, what are the rental payments? _____.

Final Revised Questionnaire 11072012:2487859_1

    b. If there is a lien against the rental property, how much is the monthly payment? _____ Lender: _____ Lien Amount: _____

24. Have you operated a business during the last six years? ☒ Yes ☐ No
    a. If **yes**, state the name of the business(es): _____
    b. State the amount of gross revenues to each business:
       This year: __N/A__     Last year: __N/A__
    c. Do you intend to continue operating the business(es)? ☐ Yes ☒ No
    d. If **yes**, please list which business(es): _____

25. Is all non-exempt property insured, other than cash on hand? ☐ Yes ☒ No ☐ n/a

26. Did you transfer, sell or convey any real or personal property with a fair market value of more than $2,500 in the last four (4) years? ☒ Yes ☐ No

27. Have you ever been the trustee, beneficiary or settlor of a trust? ☐ Yes ☒ No

28. Have you transferred anything into a trust within the last ten (10) years from the filing date? ☐ Yes ☒ No

29. Is anyone holding any of your property? ☐ Yes ☒ No
    Name: _____ Address: _____

30. Do you have any type of retirement account or plan? ☐ Yes ☒ No

31. Have you ever made a contribution to a retirement account or plan that is greater than the amount allowed under the IRS tax code to be made with pre-tax dollars? ☐ Yes ☒ No

32. Have you placed money in an educational individual retirement account or state tuition fund within one year prior to the filing of this bankruptcy? ☐ Yes ☒ No
    a. If yes, How much? _____ When? _____

33. Did you lose in excess of $2,500 gambling in the last year? ☐ Yes ☒ No

### QUESTIONS RELATING TO CREDITORS

34. I have listed, in my Bankruptcy Schedules, everyone to whom I owed money on the date I filed this bankruptcy, including friends and relatives. ☒ Yes ☐ No

35. Have you made payments to the IRS greater than necessary to pay taxes currently due, *e.g.* have you prepaid any taxes? ☐ Yes ☒ No

36. Within the last four (4) years, have you asked the IRS to apply any tax overpayments to a subsequent tax year? ☐ Yes ☒ No

37. In the last year, did you make payments on your mortgage or to any other creditor of more than $1,000.00 greater than the regularly required payment? ☐ Yes ☒ No
    a. If yes: To whom: _____ How much: _____

| | | |
|---|---|---|
| 38. | Do any of the claims against you arise from a violation of the Federal Securities Laws? | ☐ Yes ☒ No |
| 39. | Are any of the claims against you based on an alleged claim of fraud, deceit or manipulation in a fiduciary capacity or in the purchase or sale of any security?   Mardini. Debtor dismissed. | ☒ Yes ☐ No |
| 40. | Do any of the claims against you arise from any alleged criminal act or intentional tort or willful or reckless misconduct that caused serious physical injury or death to any individual within the last five years? | ☐ Yes ☒ No |
| 41. | Has anyone sued you for death or personal injury resulting from the operation of a motor vehicle, vessel or airplane? | ☐ Yes ☒ No |
| 42. | In the last two years, did you repay any money borrowed from your relatives or in-laws?<br>a. If yes, Name:_____ Relation:_____<br>When?_____ How much?_____. | ☐ Yes ☒ No |
| 43. | In the last year did you make payments on loans from your pension or savings loan? | ☐ Yes ☒ No |
| 44. | If you owe child support payments or other domestic support obligations, list the full name and last known address of the party to whom the CSO/DSO is due and the name of the agency the support payment is paid through (if applicable). | |

| Party to whom CSO/DSO is due<br>(if more than one, please list on back) | Agency support payment is paid through<br>(if more than one, please list on back) |
|---|---|
| Name: Texas Child Support Interactive | |
| Address | |
| | |
| | |
| Telephone: | |

Number of Dependents: _____

### QUESTIONS RELATING TO LITIGATION OR CLAIMS

| | | |
|---|---|---|
| 45. | Do you have any claims or potential claims or lawsuits against anyone whether or not a lawsuit has been filed?   Still considering | ☐ Yes ☐ No |
| 46. | Within the year prior to filing, have you conferred with an attorney other than your bankruptcy attorney regarding any claims, potential claims, or lawsuits against anyone? | ☐ Yes ☒ No |
| 47. | Are you presently involved in a divorce proceeding or have you been | ☐ Yes ☒ No |

Final Revised Questionnaire 11072012:2487859_1

involved in a divorce proceeding within the last four years?

YOU HAVE A LEGAL OBLIGATION TO PROVIDE THE TRUSTEE WITH TRUTHFUL, CORRECT, AND COMPLETE INFORMATION REGARDING YOUR CASE INCLUDING THE INFORMATION PROVIDED IN THE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, THE FOREGOING QUESTIONS AND YOUR TESTIMONY AT THE 341 MEETING. IF YOU DISCOVER, LEARN OR REALIZE THAT ANY OF THE ANSWERS OR INFORMATION THAT YOU PROVIDED IS INCOMPLETE OR INCORRECT IN ANY WAY, YOU MUST IMMEDIATELY AMEND YOUR SCHEDULES ON THE APPROPRIATE FORM HIGHLIGHTING THE INFORMATION THAT HAS BEEN ADDED, CHANGED, OR DELETED.

IN ADDITION, IF YOU RECEIVE MONEY OR PROPERTY THAT SHOULD HAVE BEEN BUT WAS NOT LISTED IN YOUR SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS OR IN ANSWER TO THE QUESTIONS ABOVE, YOU MUST NOTIFY THE TRUSTEE IMMEDIATELY IN WRITING AND PRESERVE THE MONEY OR PROPERTY UNTIL THE TRUSTEE DIRECTS YOU TO TAKE A SPECIFIC ACTION. YOU MUST NOT USE OR OTHERWISE DISPOSE OF IT WITHOUT THE TRUSTEE'S PERMISSION.

IF YOU HAVE A QUESTION OR NEED INFORMATION REGARDING YOUR CASE AND ARE REPRESENTED BY AN ATTORNEY, PLEASE CONTACT YOUR ATTORNEY. IF YOUR ATTORNEY DOES NOT RESPOND, YOU MAY CONTACT THE TRUSTEE IN WRITING BUT SEND A COPY OF SUCH CORRESPONDENCE TO YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, PLEASE REQUEST INFORMATION IN WRITING. NEITHER THE TRUSTEE NOR THE TRUSTEE'S EMPLOYEES CAN PROVIDE YOU WITH LEGAL ADVICE OR REPRESENTATION.

QUESTIONS REGARDING YOUR DISCHARGE SHOULD BE DIRECTED TO YOUR ATTORNEY OR TO THE BANKRUPTCY CLERK'S OFFICE.

I have read the foregoing and understand the questions. If represented by an attorney, I have reviewed the questions and answers with my attorney. The answers to the questions are mine. The answers are based on my personal knowledge and are true and correct.

Dated this __10th__ day of __February__ 20__21__.

_____      _FRANCOIS S. BELLON_
Print Name: François Stanislas Bellon     Print Name:

### ATTORNEY ACKNOWLEDGMENT

As the attorney of record, I have reviewed and discussed the contents of this document with the Debtor(s). I am not aware of any contrary information. Furthermore, the contents of this document have not been altered from the form provided by the Panel Trustees.

_____
ATTORNEY FOR DEBTOR(S)

Final Revised Questionnaire 11072012:2487859_1