

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/10/2021

| | | |
|---|---|---|
| IN RE: | § | |
| **FRANCOIS STANISLAS BELLON,** | § | CASE NO: 20-33214 |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

## CIVIL CONTEMPT ORDER

Francois Stanislas Bellon has repeatedly failed to comply with this Court's Orders. (ECF No. 13; 24). On this date, Mr. Bellon failed to comply with yet another of the Court's Orders. (ECF No. 34). Mr. Bellon is in civil contempt of court based on his failures.

1. Mr. Bellon is ORDERED to surrender to the United States Marshals Service at 515 Rusk Street, 10th Floor, Houston, Texas 77002 by no later than <u>February 10, 2021 at 5:00 PM</u>.

2. Should Mr. Bellon fail to surrender by 5:00 PM on February 10, 2021, the Marshals Service is ORDERED to take Mr. Bellon into custody. *See* FED. R. BANKR. P. 2005.

3. While in custody, Mr. Bellon shall have access to his attorney, subject to the reasonable and customary restrictions of the Marshals Service.

4. Mr. Bellon will be released from civil contempt and the custody of the Marshals Service upon a separate Order from this Court finding that Mr. Bellon has complied with this Order. *See* FED. R. BANKR. P. 2005. Compliance with this Order requires:

    a. Mr. Bellon to deliver to his attorney, Walter Cicack, Mr. Bellon's mobile phone, its password, and any passwords necessary to access the information set out in paragraph 4.b. of this Order contained on the mobile phone;

        i. If Mr. Cicack is unable or unwilling to extract the information identified in paragraph 4.b. from Mr. Bellon's mobile phone, Mr. Cicack shall deliver to Matthew Probus, Counsel to the Trustee, Mr. Bellon's mobile phone, its password, and any passwords necessary to access the information set out in paragraph 4.b. of this Order contained on the mobile phone;

    b. Mr. Cicack to turn over to the Trustee all text messages and emails between Mr. Bellon, Vladimir Bellon, and Mr. Bellon's girlfriend; and

      c. Mr. Bellon to complete, in good faith, and file with the Court all documents identified in ECF No. 13, and to provide the Trustee with complete copies of all the documents set out in ECF No. 13. A copy of ECF No. 13 is attached to this Order.

5. Upon satisfaction of this Order's conditions for release, Mr. Bellon may file an emergency motion seeking his immediate release from custody.

Signed: February 10, 2021

                                                      Marvin Isgur
                                    United States Bankruptcy Judge



ENTERED
11/09/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FRANCOIS STANISLAS BELLON | § | CASE NO. 20-33214 |
| | § | |
| DEBTOR | § | |

### ORDER GRANTING CHAPTER 7 TRUSTEE'S AMENDED MOTION TO COMPEL COMPLIANCE WITH 11 U.S.C. §521

**CAME ON FOR CONSIDERATION** Eva S. Engelhart's Amended Motion to Compel Compliance with 11 U.S.C. §521, and it is

**ORDERED** that Francois Stanislas Bellon must file the following items with the Court by November 30, 2020:

1. Schedule of assets and liabilities;
2. Schedule of current income and expenditures;
3. Statement of the Debtor's Financial Affairs;
4. Copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition;
5. Statement of the amount of monthly net income, itemized to show how the amount is calculated; and
6. Statement disclosing any reasonably anticipated increase in income and expenditures over the 12-month period following the date of the filing of the petition.

**ORDERED** that the Debtor must appear and testify at the Meeting of Creditors scheduled for December 10, 2020 at 1:00 pm by calling 866-815-5352, passcode 8068140, and it is further

**ORDERED** that Francois Stanislas Bellon must provide Eva S. Engelhart ("Trustee") with a copy of his personal Federal Income Tax Returns for 2017, 2018, and 2019, on or before November 30, 2020, and it is further

**ORDERED** that Francois Stanislas Bellon must provide the Trustee with a copy of his social security card, driver's license, or other acceptable identification, on or before November 30,

2020, and it is further

**ORDERED** that by November 30, 2020, Francois Stanislas Bellon must provide the Trustee with a copy of all bank statements for all accounts that Mr. Bellon has signatory authority, from January 1, 2020 through September 11, 2020.

Signed: November 09, 2020

_____
Marvin Isgur
United States Bankruptcy Judge