IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 20-33214 |
| FRANCOIS STANISLAS BELLON | § | Chapter 7 |
| *Debtor* | § | |

**STATEMENT OF DEBTOR IN COMPLIANCE WITH COURT'S ORDER GRANTING CHAPTER 7 TRUSTEE'S AMENDED MOTION TO COMPEL COMPLIANCE WITH 11 U.S.C. § 521 (Docket No. 13)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Francois Stanislas Bellon and advises the Court that he does not anticipate any increase in income and expenditures over the 12-month period following the date of the filing of the petition and that Schedule I (Monthly Income) (Docket No. 49) and Schedule J (Monthly Expenses) (Docket No. 50) fairly state his monthly income and expenses, and he does not anticipate any increases in the foreseeable future.

Further, the Debtor does not have payment advices or other evidence of payment received within 60 days before the date of the filing of the petition as the Debtor received no payments during that period of time.

Respectfully submitted,

HAWASH CICACK & GASTON LLP

*/s/ Walter J. Cicack*
WALTER J. CICACK
Texas State Bar No. 04250535
wcicack@hcgllp.com
3401 Allen Parkway, Suite 200
Houston, Texas 77019
(713) 658-9015 - tel/fax
***Counsel for Debtor***

**Certificate of Service**

    I hereby certify that a true and correct copy of the document has been served to the parties listed on the Court's ECF notification system via the Court's ECF notification system on February 10, 2021.

                                                      */s/ Walter J. Cicack*
                                                      Walter J. Cicack