**Fill in this information to identify your case:**

Debtor 1: Francois S. Bellon
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known): 20-33214

☑ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

**2.1**
Priority Creditor's Name: Grace Douglas
Number Street: 57 Francher Rd
City: Pound Ridge   State: N.Y.   ZIP Code: _____

Last 4 digits of account number: __ __ __ __
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____   Priority amount: $_____   Nonpriority amount: $_____
$2,300 per month child support obligation

**2.2**
Priority Creditor's Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

Last 4 digits of account number: __ __ __ __
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____   Priority amount: $_____   Nonpriority amount: $_____

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 1 of 7

Debtor 1  Francois  S.  Bellon   Case number (if known) 20-33214
         First Name  Middle Name  Last Name

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.   Total claim   Priority amount   Nonpriority amount

---

Priority Creditor's Name _____

Number  Street _____

_____

City    State   ZIP Code

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____   $_____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Priority Creditor's Name _____

Number  Street _____

_____

City    State   ZIP Code

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____   $_____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Priority Creditor's Name _____

Number  Street _____

_____

City    State   ZIP Code

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____   $_____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 7

Debtor 1  Francois  S.  Bellon    Case number (if known) 20-33214

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**4.1** Karim Al Azhari
Nonpriority Creditor's Name
c/o William Bush, 5615 Kirby Dr., Suite 900
Houston  TX  77005

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

Total claim: $ 250,000.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**4.2** Bashar Mardini
Nonpriority Creditor's Name
c/o William Bush, 5615 Kirby Dr., Suite 900
Houston  TX  77005

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

Total claim: $ 500,000.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**4.3** Anapolsky Advisors
Nonpriority Creditor's Name
5107 Aspen St.
Bellaire  TX  77401

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

Total claim: $ 126,835.60

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Engagement letter ; not signed by Debtor

Debtor 1  Francois  S.  Bellon          Case number (if known) 20-33214

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.4

**The Engy Group, LLC**
Nonpriority Creditor's Name
c/o Jonathan D. Baughman, 609 Main St., Ste. 2800
Houston    TX    77002

Last 4 digits of account number ___ ___ ___ ___    $750,000.00

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

### 4.5

**Miller NCG, Inc.**
Nonpriority Creditor's Name
9204 Emmoth Road
Houston    TX    77040

Last 4 digits of account number ___ ___ ___ ___    $271,867.30

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Note; not signed by Debtor_

### 4.6

**William V. Walker**
Nonpriority Creditor's Name
c/o Joshua W. Wolfshohl, Porter Hedges LLP
1000 Main, 36th Fl., Houston    TX    77002

Last 4 digits of account number ___ ___ ___ ___    $875,771.06

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
may be subject to offsets

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Judgment_

Debtor 1 __Francois____ __S.__ __Bellon_____    Case number (if known) __20-33214__
         First Name    Middle Name   Last Name

**Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

**4.7**
Nonpriority Creditor's Name: P. Zaccaro
Number Street: 218 Lafayette, Suite 2
City: New York   State: NY   ZIP Code: 10012

Last 4 digits of account number __ __ __ __    $ unknown
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **lease payments subject to offset because of Landlord defaults**

Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority Creditor's Name: _____
Number Street: _____
City: ____ State: ____ ZIP Code: ____

Last 4 digits of account number __ __ __ __    $ _____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority Creditor's Name: _____
Number Street: _____
City: ____ State: ____ ZIP Code: ____

Last 4 digits of account number __ __ __ __    $ _____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor 1 __Francois____S.____Bellon____ Case number (if known) _20-33214_
   First Name Middle Name Last Name

**Part 3: List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name / Number Street / City State ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? Line ___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims / ☐ Part 2: Creditors with Nonpriority Unsecured Claims / Last 4 digits of account number ___ ___ ___ ___ |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

Official Form 106E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page 6 of 7

Debtor 1   Francois   S.   Bellon   Case number (if known) 20-33214
           First Name  Middle Name  Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claim**

Total claims from Part 1

| | | | |
|---|---|---|---|
| 6a. | Domestic support obligations | 6a. $ | 2,300.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. $ | ---- |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | ---- |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $ | ---- |
| 6e. | Total. Add lines 6a through 6d. | 6e. $ | 2,300.00 |

**Total claim**

Total claims from Part 2

| | | | |
|---|---|---|---|
| 6f. | Student loans | 6f. $ | ---- |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | ---- |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | ---- |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ | ---- |
| 6j. | Total. Add lines 6f through 6i. | 6j. $ | 0.00 |

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 7 of 7