

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/12/2021

| | | |
|---|---|---|
| IN RE: | § | |
| FRANCOIS STANISLAS BELLON, | § | CASE NO: 20-33214 |
|    Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

## ORDER TERMINATING COERCIVE CIVIL CONTEMPT RETENTION

The Court orders:

1. The United States Marshals Service should release Francois Bellon from detention, utilizing its usual and customary release procedures.

2. This Order is effective on entry.

3. Mr. Bellon's counsel is ordered to retain exclusive custody and control of Mr. Bellon's phone, pending further Court order.

4. Mr. Bellon is ordered to attend (telephonically) the meeting of creditors set for February 25, 2021 at 1:30 PM. Mr. Bellon is also ordered to cooperate with the Trustee, in good faith, as required by 11 U.S.C. § 521(a)(3), (4). This, of course, would include providing the information to the Trustee of the type set forth in her objection filed at ECF No. 66.

5. This order is without prejudice to further motions filed by any party, including the Trustee.

SIGNED 02/12/2021

_____
Marvin Isgur
United States Bankruptcy Judge