

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/24/2021

| | | |
|---|---|---|
| IN RE: | § § | |
| FRANCOIS STANISLAS BELLON, | § § § | Case No. 20-33214 (MI) (Chapter 7) |
| Debtor. | § § | |
| EVA S. ENGELHART, CHAPTER 7 TRUSTEE, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | Adv. Pro. No. 21-3019 |
| KURT ORBAN PARTNERS, LLC AND KURT ORBAN, | § § § § | |
| Defendants. | § § | |

### DEFAULT JUDGMENT
[Ref. Doc. No. 10]

CAME ON THIS DAY the Trustee's Motion for Default Judgment, and the Court finding that the defendant is in default, it is now:

ORDERED the Trustee Eva S. Engelhart is hereby awarded judgment over and against Kurt Orban Partners, LLC in the amount of $2,394,000.00. Further it is:

ORDERED the Trustee Eva S. Engelhart is hereby awarded judgment over and against Kurt Orban in the amount of $1,950,000.00.

Signed: May 24, 2021

Marvin Isgur
United States Bankruptcy Judge