United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 04, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FRANCOIS STANISLAS BELLON, | § | Case No. 20-33214 (MI) |
| | § | (Chapter 7) |
| Debtor. | § | |
| | § | |
| EVA S. ENGELHART, | § | |
| CHAPTER 7 TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Adv. Pro. No. 21-ap-3018 |
| | § | |
| VLADIMIR BELLON, | § | |
| | § | |
| Defendant. | § | |

### DEFAULT JUDGMENT
[Ref. Doc. No. 18]

CAME ON THIS DAY the Trustee's Motion for Default Judgment, and the Court finding that the defendant is in default, it is now:

ORDERED, that the transfers of 350,000 shares of stock in a company named SODEXO from the Debtor Francois Stanislas Bellon to Vladimir Bellon is hereby avoided, and the shares are hereby property of the Chapter 7 Bankruptcy Estate of Francois Stanislas Bellon.

This is a final judgment.

Signed: August 04, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

1