

EXHIBIT A



EXHIBIT A





EXHIBIT A





EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A