

EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A