

EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A







EXHIBIT A



EXHIBIT A



EXHIBIT A