**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **FRANCOIS STANISLAS BELLON,** | § | **Case No. 20-33214 (MI)** |
| | § | **(Chapter 7)** |
| | § | |
| Debtor. | § | |

## <u>ORDER</u>

**CAME ON THIS DAY** the Trustee's Motion to Compel Turnover of Art, and the Court

having reviewed the pleadings and arguments, it is now:

ORDERED, that the motion is granted.  The Debtor, Francois Stanislas Bellon, shall turn

over to Eva S. Engelhart, Chapter 7 Trustee, the pieces of artwork depicted on the attached Exhibit

A, within fourteen (14) days after entry of this order.  The Debtor shall deliver the artwork at his

expense to the Trustee's office located at 7700 San Felipe Street, Suite 550, Houston, Texas 77063.

The Debtor shall use a company specializing in the moving and storage of artwork and shall

provide the Trustee with proof of insurance during shipping sufficient to cover the market value

of the artwork.

_____
JUDGE MARVIN ISGUR
U.S. BANKRUPTCY JUDGE



EXHIBIT A



EXHIBIT A





EXHIBIT A



EXHIBIT A

EXHIBIT A







EXHIBIT A



EXHIBIT A





EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A

EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A





EXHIBIT A