Christopher S. Morris, Esq.,
Admitted Pro Hac Vice
California SBN 163188
cmorris@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorney for Debtor Francois Stanislas Bellon

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| IN RE: | Case No. 20-33214 (MI) |
|---|---|
| FRANCOIS STANISLAS BELLON, | (Chapter 7) |
| Debtor, | |

# DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO COMPEL TURNOVER OF ART

## I.

## JURISDICTION AND AUTHORITY

1. Debtor has no jurisdictional objections to the instant request.

## II.

## RELIEF REQUESTED

2. As set forth in the Declaration of Debtor, Stanislas Bellon, attached hereto and filed concurrently herein, Debtor shared the New York City Apartment ("Apartment") with his brother, Vladimir. Many of the pieces of art photographed in the Apartment by the Trustee belong to Vladimir. Additionally, some of the other pieces were being stored by Debtor as part of his art brokerage business and do not belong to either Debtor or his brother Vladimir.

3. In his Schedule A/B, Document 54 in this matter (attached hereto as Exhibit A for ease of reference) Debtor identified five pieces of art as being his, with a collective value of $10,000. Debtor has reviewed the list prepared by the Trustee and has identified those five piece of art as follows:

    a.    Two 4' x 4' paintings – Document 121-1, page 1 of 10; Document 121-2, page 10 of 10;

    b.    Painting in Bedroom – Document 121-3, page 3 of 10;

  c.  Drawing in Bedroom – Document 121-1, page 7 of 10;

  d.  Oval shaped photo in Bedroom – Document 121-3, page 6 of 10.

  4.  Debtor will make arrangements to have these pieces of art delivered to Trustee. Debtor represents that the combined value of the art identified above is well in excess of the $10,000 value set forth in Schedule A/B.

## III.

## BACKGROUND

  5.  This matter is an involuntary bankruptcy commenced by individual Claimants. Debtor did not affirmatively seek the protections afforded by Bankruptcy. Debtor and his brother Vladimir Bellon shared an apartment in New York. Many of the pieces of art photographed by Trustee belong to Vladimir Bellon, not Debtor. In addition, many of the pieces of art photographed by Trustee are part of Debtor's art brokerage business and Debtor is simply not the owner of that art.

  6.  While Trustee has sought an order compelling Vladimir to relinquish certain shares of stock allegedly transferred to him from Debtor, no order has been sought compelling Vladimir to relinquish or turnover the art that was in the Apartment that belongs to him.

## IV.

## CONCLUSION

7.      Based on the forgoing, Debtor respectfully requests that any order entered by this Court be limited to the five pieces of art identified herein as follows:

    a.      Two 4' x 4' paintings – Document 121-1, page 1 of 10; Document 121-2, page 10 of 10;

    b.      Painting in Bedroom – Document 121-3, page 3 of 10;

    c.      Drawing in Bedroom – Document 121-1, page 7 of 10;

    d.      Oval shaped photo in Bedroom – Document 121-3, page 6 of 10.

Respectfully submitted,

**MORRIS LAW FIRM, APC**

Dated: March 14, 2022

/s/ Christopher S. Morris
Christopher S. Morris, Esq.
cmorris@morrislawfirmapc.com
Attorney for Debtor Francois Stanislas Bellon

EXHIBIT A

**Fill in this information to identify your case and this filing:**

Debtor 1: Francois S. Bellon
  First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): ___ ___ ___
  First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number: 20-33214

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

   1.1. raw land (see attached description)
        Street address, if available, or other description

        Southern, France
        City                State          ZIP Code

        _____
        County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☑ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? $40,000.00
   Current value of the portion you own? $_____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   _____

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

   If you own or have more than one, list here:

   1.2. _____
        Street address, if available, or other description

        _____
        _____
        City                State          ZIP Code

        _____
        County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? $_____
   Current value of the portion you own? $_____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   _____

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

Official Form 106A/B                  Schedule A/B: Property                              page 1

Debtor 1 ___Francois___ ___S.___ ___Bellon___ Case number (if known) __20-33214__
      First Name   Middle Name   Last Name

1.3. _____
Street address, if available, or other description

_____
City    State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $_____
Current value of the portion you own? $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ................................ → $ **40,000.00**

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
☑ No
☐ Yes

3.1. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $_____
Current value of the portion you own? $_____

If you own or have more than one, describe here:

3.2. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $_____
Current value of the portion you own? $_____

Debtor 1  Francois         S.            Bellon                                    Case number (if known) 20-33214
         First Name    Middle Name    Last Name

3.3. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?      Current value of the portion you own?

$_____          $_____

3.4. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?      Current value of the portion you own?

$_____          $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

4.1. Make: _____
     Model: _____
     Year: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?      Current value of the portion you own?

$_____          $_____

If you own or have more than one, list here:

4.2. Make: _____
     Model: _____
     Year: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?      Current value of the portion you own?

$_____          $_____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................................... → $_____ 0.00

Debtor 1   Francois S. Bellon
           First Name   Middle Name   Last Name        Case number *(if known)* 20-33214

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.......... Miscellaneous - see attached itemization            $ 10,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.......... Miscellaneous - see attached itemization            $ 10,000.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.......... Artwork - Miscellaneous - see attached itemization   $ 10,000.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe..........                                                      $

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe..........                                                     $

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe..........                                                     $ 3,000.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.......... watch                                                $ 5,000.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe..........                                                     $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ............                                 $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................→   $ 38,000.00

Official Form 106A/B                        Schedule A/B: Property                        page 4

Debtor 1  Francois  S.  Bellon
First Name  Middle Name  Last Name

Case number *(if known)* 20-33214

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes ...................................................................................................................... Cash: 200.00    $ 200.00

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☑ No
   ☐ Yes .....................  Institution name:

   17.1. Checking account: _____  $_____
   17.2. Checking account: _____  $_____
   17.3. Savings account: _____  $_____
   17.4. Savings account: _____  $_____
   17.5. Certificates of deposit: _____  $_____
   17.6. Other financial account: _____  $_____
   17.7. Other financial account: _____  $_____
   17.8. Other financial account: _____  $_____
   17.9. Other financial account: _____  $_____

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes .................  Institution or issuer name:
   _____  $_____
   _____  $_____
   _____  $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☑ No             Name of entity:                                    % of ownership:
   ☐ Yes. Give specific                                                 0%  %   $_____
      information about  _____                 0%  %   $_____
      them...................  _____           0%  %   $_____

Official Form 106A/B    Schedule A/B: Property    page 5

Debtor 1 __Francois__ __S.__ __Bellon__  
        First Name    Middle Name    Last Name

Case number *(if known)* __20-33214__

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them......

Issuer name:
_____ $_____
_____ $_____
_____ $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | _____ | $_____ |
| Pension plan: | _____ | $_____ |
| IRA: | _____ | $_____ |
| Retirement account: | _____ | $_____ |
| Keogh: | _____ | $_____ |
| Additional account: | _____ | $_____ |
| Additional account: | _____ | $_____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.........

Institution name or individual:

| | | |
|---|---|---|
| Electric: | _____ | $_____ |
| Gas: | _____ | $_____ |
| Heating oil: | _____ | $_____ |
| Security deposit on rental unit: | _____ | $_____ |
| Prepaid rent: | _____ | $_____ |
| Telephone: | _____ | $_____ |
| Water: | _____ | $_____ |
| Rented furniture: | _____ | $_____ |
| Other: | _____ | $_____ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes..........

Issuer name and description:
_____ $_____
_____ $_____
_____ $_____

Official Form 106A/B          Schedule A/B: Property          page 6

Debtor 1  Francois  S.  Bellon   Case number (if known) 20-33214
        First Name     Middle Name     Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ............................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____  $_____
    _____  $_____
    _____  $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them....  $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them....  $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them....  $_____

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................

Federal:  $_____
State:  $_____
Local:  $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information...............

Alimony:  $_____
Maintenance:  $_____
Support:  $_____
Divorce settlement:  $_____
Property settlement:  $_____

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information...............  $_____

Official Form 106A/B        Schedule A/B: Property        page 7

Debtor 1  Francois  S.  Bellon  Case number (if known) 20-33214
  First Name  Middle Name  Last Name

31. **Interests in insurance policies**
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☑ No
☐ Yes. Name the insurance company of each policy and list its value. ...
Company name:  Beneficiary:  Surrender or refund value:
$_____
$_____
$_____

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☑ No
☐ Yes. Give specific information............
$_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☐ Yes. Describe each claim. ............  Potential claims to be determined
$ unknown

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☑ No
☐ Yes. Describe each claim. ............
$_____

35. **Any financial assets you did not already list**
☑ No
☐ Yes. Give specific information............
$_____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ............................................................→ $ 200.00

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. Do you own or have any legal or equitable interest in any business-related property?
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☑ No
☐ Yes. Describe.......
$_____

39. **Office equipment, furnishings, and supplies**
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☑ No
☐ Yes. Describe.......  furniture and related property at Engy plant
$ 10,000.00

Official Form 106A/B  Schedule A/B: Property  page 8

Debtor 1  Francois S. Bellon    Case number (if known) 20-33214

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☑ No
    ☐ Yes. Describe...... $_____

41. **Inventory**
    ☑ No
    ☐ Yes. Describe...... $_____

42. **Interests in partnerships or joint ventures**
    ☑ No
    ☐ Yes. Describe....... Name of entity:                                          % of ownership:
                                                                                    ____%  $_____
                                                                                    ____%  $_____
                                                                                    ____%  $_____

43. **Customer lists, mailing lists, or other compilations**
    ☑ No
    ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe........ $_____

44. **Any business-related property you did not already list**
    ☑ No
    ☐ Yes. Give specific information .........
        $_____
        $_____
        $_____
        $_____
        $_____
        $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ................→   $ 10,000.00

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

47. **Farm animals**
    Examples: Livestock, poultry, farm-raised fish
    ☑ No
    ☐ Yes..................... $_____

Official Form 106A/B    Schedule A/B: Property    page 9

Debtor 1  Francois S. Bellon
First Name / Middle Name / Last Name

Case number (if known) 20-33214

48. **Crops—either growing or harvested**
   ☑ No
   ☐ Yes. Give specific information............
   $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   ☑ No
   ☐ Yes............
   $_____

50. **Farm and fishing supplies, chemicals, and feed**
   ☑ No
   ☐ Yes............
   $_____

51. **Any farm- and commercial fishing-related property you did not already list**
   ☑ No
   ☐ Yes. Give specific information............
   $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ................ → $_____

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☑ No
   ☐ Yes. Give specific information............
   $_____
   $_____
   $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ................ → $_____

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ................ → $ 40,000.00

56. Part 2: Total vehicles, line 5       $ 0.00

57. Part 3: Total personal and household items, line 15    $ 38,000.00

58. Part 4: Total financial assets, line 36    $ 200.00

59. Part 5: Total business-related property, line 45    $ 10,000.00

60. Part 6: Total farm- and fishing-related property, line 52    $ 0.00

61. Part 7: Total other property not listed, line 54    +$ 0.00

62. **Total personal property.** Add lines 56 through 61. ............    $ 0.00   Copy personal property total → +$ 0.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62.................    $ 88,200.00

Official Form 106A/B    Schedule A/B: Property    page 10

Direction générale des finances publiques
Cellule d'assistance du SPDC
Tél : 0 820 820 686 (0,099 €/mn)
  du lundi au vendredi
  de 8h à 18h
Courriel : csi.orleans.ADspdc@dgfip.finances.gouv.fr


*Liberté • Égalité • Fraternité*
RÉPUBLIQUE FRANÇAISE

N° de dossier

### Extrait cadastral modèle 1
conforme à la documentation cadastrale à la date du 13/01/2012
validité six mois à partir de cette date.

Extrait confectionné par l'office SCP Philippe LUGAND, Hervé DAUGUET et Laurent COZIC

SF1200189357

## DESIGNATION DES PROPRIETES

Département : 026     Commune : 138   LA GARDE ADHEMAR

| Section | N° plan | PDL | N° du lot | Quote-part Adresse | Contenance cadastrale | Renvoi | Désignation nouvelle ||||
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | N° de DA | Section | n° plan | Contenance |
| E | 0701 | | | BORIAS | 0ha33a15ca | | | | | |
| E | 0702 | | | BORIAS | 0ha72a08ca | | | | | |
| E | 0703 | | | BORIAS | 0ha16a35ca | | | | | |
| E | 0706 | | | BORIAS | 0ha09a55ca | | | | | |
| E | 0707 | | | BORIAS | 0ha40a90ca | | | | | |
| E | 0708 | | | BORIAS | 0ha05a86ca | | | | | |
| E | 0709 | | | BORIAS | 0ha13a20ca | | | | | |
| E | 0710 | | | BORIAS | 0ha10a60ca | | | | | |
| E | 0711 | | | BORIAS | 0ha76a20ca | | | | | |

OBSERVATIONS DU CONSERVATEUR DES HYPOTHEQUES

Décrets modifiés du 4 janvier 1955 art. 7 et 40 et du 14 octobre 1955 art. 21 et 30
Page 1 sur 1

MINISTÈRE DU BUDGET
DES COMPTES PUBLICS
ET DE LA RÉFORME DE L'ÉTAT





Département :
DROME

Commune :
LA GARDE ADHEMAR

Section : E
Feuille : 000 E 03

Échelle d'origine : 1/2000
Échelle d'édition : 1/2000

Date d'édition : 06/06/2016
(fuseau horaire de Paris)

Coordonnées en projection : RGF93CC45
©2016 Ministère des Finances et des Comptes publics

DIRECTION GENERALE DES FINANCES PUBLIQUES

-------------

EXTRAIT DU PLAN CADASTRAL

-------------

Le plan visualisé sur cet extrait est géré par le centre des impôts foncier suivant :
la Drome
15 avenue de Romans 26021
26021 VALENCE CEDEX
tél. 04-75-79-50-16 -fax 04-75-79-51-11
cdif.drome@dgfip.finances.gouv.fr

Cet extrait de plan vous est délivré par :

cadastre.gouv.fr

| | |
|---|---|
| 18 towels | 6 West elm/12 Restoration hardware |
| 6 hand towels | restoration hardware |
| duvet | lands end |
| duvet cover | queen fromWest elm |
| sheet set | queen from west elm |
| 2 end Tables | Ikea |
| 1 queen size frame | Ikea |
| 1 queen size mattress | casper |
| 1 twin size frame | Ikea |
| 1 twin size mattress | casper |
| bookshelf | ikea |
| 2 twin sheet sets | Pottery barn |
| 1 twin duvet cover | pottery barn |
| 1 twin duvet | lands end |
| legos | |
| childrens books | roughly 40 to 50, mostly gifts |
| two vases on nightstands | ikea |
| 2 small sterling silver picture frames | gift |
| 1 small folding leather picture frame | gift |
| kitchen table | ikea |
| 6 plastic chairs | ikea |
| art books and small reading books | collected through the years |
| coffee maker | |
| le cruset pot | |
| wok | |
| 2 frying pans | |
| 6 silver bowls | |
| 12 dishes | crate and barrell |
| 12 bowls | crate and barrell |
| 9 coffee mugs | crate and barrell |
| 18 wine glasses (9 small 9 large) | crate and barrell |
| 15 small drinking glasses | crate and barrell |
| 12 large drinking glasses | crate and barrell |
| blender | bed bath and beyond |
| personal family pictures on wall | |
| 3 winter jackets | |
| 11 white button down shirts | |
| 3 suit jackets | |
| tshirts | |
| underwear (boxes | |
| socks (long and short) | |

electronics
ipad
dell computer
iphone series 8
2 small round bose speakers

art
2 paintings around 4' x 4'				unknown artist
personal family pictures on wall
painting in bedroom				roughly 24"x 16"
drawing in bedroom				roughly 20" x 14"
photo in bedroom				oval shaped 18" roughly
stickvers on childs wall
poster of skateboarder