Christopher S. Morris, Esq.,
Admitted Pro Hac Vice
California SBN 163188
cmorris@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:  (619) 826-8065



Attorney for Debtor Francois Stanislas Bellon

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>FRANCOIS STANISLAS BELLON,<br><br>Debtor, | Case No. 20-33214 (MI)<br>(Chapter 7) |

## DECLARATION OF DEBTOR FRANCOIS STANISLAUS BELLON

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO COMPEL

## TURNOVER OF ART

I, Francois Stanislas Bellon, declare as follows:

1.      This matter is an involuntary bankruptcy commenced by individual Claimants.  I did not affirmatively seek the protections afforded by Bankruptcy.  I and my brother, Vladimir Bellon, shared an apartment in New York.  Many of the pieces of art photographed by Trustee belong to Vladimir Bellon, not me.  In addition, many of the pieces of art photographed by Trustee are part of my art brokerage business and I simply am not the owner of that art.

1

2.     As part of this proceeding I have filed a Schedule A/B (Document 54 in this matter).  In that Schedule I identified five pieces of art as belonging to me.  I estimated a collective value of $10,000 for those pieces.  I have reviewed the list prepared by the Trustee and I have identified those five piece of art as follows:

    a.    Two 4' x 4' paintings – Document 121-1, page 1 of 10; Document 121-2, page 10 of 10;

    b.    Painting in Bedroom – Document 121-3, page 3 of 10;

    c.    Drawing in Bedroom – Document 121-1, page 7 of 10;

    d.    Oval shaped photo in Bedroom – Document 121-3, page 6 of 10.

3.     I represent to the Court that these pieces have a combined value well in excess of the $10,000 value I assigned to the art in Schedule A/B.

I declare under penalty of perjury, under the law of The United States of America that the foregoing is true and correct.  Executed this 14th day of March, 2022.

*DocuSigned by:*
*Francois Stanislas Bellon*