United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 15, 2022
Nathan Ochsner, Clerk

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 20-33214** |
| **FRANCOIS STANISLAS BELLON,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | **CHAPTER 7** |
| | § | |

### <u>TURNOVER ORDER</u>

The Court has reviewed the Trustee's Motion to Compel Turnover of Art, and Francois Stanislas Bellon's response.  The Court orders:

1. Francois Stanislas Bellon, shall turn over to Eva S. Engelhart, Chapter 7 Trustee, all of the pieces of artwork depicted in the attached Exhibit A, not later than March 28, 2022. If the Trustee and Francois Stanislas Bellon are unable to agree on the method and terms of any turnover by noon on March 18, 2022, the parties should seek emergency relief from the Court;

2. Upon receipt, the Trustee may immediately sell the property described in paragraphs 3(a), 3(b), 3(c), and 3(d) of ECF No. 122 through usual and customary means;

3. The Trustee will retain the remaining artwork depicted in Exhibit A pending further Court order;

4. Francois Stanislas Bellon must notify all individuals and entities, including without limitation Vladimir Bellon, who purportedly hold rights in any the remaining artwork;

5. Not later than April 15, 2022, any person or entity asserting any rights in all or any of the remaining artwork may file documents with this Court asserting any rights they may have;

6. Not later than April 29, 2022, the Trustee may respond to any assertion of rights in the remaining artwork;

7. On May 9, 2022 at 3:00 p.m., the Court will conduct an evidentiary hearing regarding the ownership of the artwork.  All witnesses must appear in the Courtroom, in person, for live testimony at the hearing.  Witness and exhibit lists must be filed not later than noon on May 5, 2022.

8. The Court recalls Francois Stanislas Bellon's prior conduct in this case.  He is urged to comply with this Order.  Failure to comply with this Order will result in a prompt hearing on how to compel his compliance.


Signed: March 15, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

Case 20-33214   Document 123   Filed in TXSB on 03/15/22   Page 3 of 32
EXHIBIT "A"
(Comprising this Page and the Following 29 Pages)



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A

EXHIBIT A







EXHIBIT A



EXHIBIT A



EXHIBIT A





EXHIBIT A



EXHIBIT A



EXHIBIT A

EXHIBIT A



EXHIBIT A



EXHIBIT A

EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A







EXHIBIT A