United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 10, 2022

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 20-33214** |
| **FRANCOIS STANISLAS BELLON,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | **CHAPTER 7** |

### CIVIL CONTEMPT ORDER

Francois Stanislas Bellon has repeatedly failed to comply with this Court's Orders. (ECF Nos. 13, 24, 45). Mr. Bellon again failed to comply with one of this Court's Orders that directed the turnover of art held by Mr. Bellon to the Chapter 7 Trustee. (ECF No. 123). Compliance with that Order required Mr. Bellon to turnover pieces of art identified in the Order to the Trustee not later than March 28, 2022. The Order further provided that any dispute regarding the method of turnover must be presented to the Court.

Mr. Bellon failed to comply. He only turned over a few pieces, damaging those pieces of art when he removed the canvasses from the frames. Most pieces were not turned over.

The Order did allow Mr. Bellon to defend a failure to turn over the artwork. He was required to defend himself by appearing "in person" at a hearing on May 9, 2022. Mr. Bellon did not appear "in person." He did call in to the hearing.

Mr. Bellon is in civil contempt of court because he failed to turn over all art identified in the Court's Turnover Order, damaged the art he did turn over, and failed to appear in-person to explain his non-compliance.

1. The United States Marshals Service is Ordered to take Francois Stanislas Bellon into custody. Once in custody, the Marshals Service is Ordered to bring Mr. Bellon before the Court, at the earliest practicable time, in Courtroom 404, 515 Rusk St., Houston, TX 77002. At this hearing, the Court will determine the appropriate method of coercing Mr. Bellon's compliance with this Court's orders.

   a. Mr. Bellon's last known contact information is:

      Address:   75 Sullivan St., 8th Floor, New York, NY 10012
      Phone:     (832) 633-3736; (917) 829-1169

2. Mr. Bellon must *immediately* surrender to the Marshals Service at 515 Rusk Street, 10th Floor, Houston, Texas.

1 / 2

3.  While in custody, Mr. Bellon shall have access to his attorney, subject to the reasonable and customary restrictions of the Marshals Service.

4.  Mr. Bellon will be released from civil contempt and the custody of the Marshals Service upon a separate Order from this Court finding that Mr. Bellon has complied with this Order. Compliance with this Order requires:

    a.  Mr. Bellon to turn over each artwork identified by the Court's Turnover Order at ECF No. 123 (attached); and

    b.  To pay to the Trustee an amount to offset the reduction in value of the pieces of art damaged by Mr. Bellon. The Court will conduct an evidentiary hearing to determine the appropriate amount due to the Trustee.

5.  After satisfying this Order's conditions for release, Mr. Bellon's counsel may file an emergency motion requesting Mr. Bellon's release from coercive custody.

SIGNED 05/09/2022

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 15, 2022

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-33214 |
| FRANCOIS STANISLAS BELLON, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |
| | § | |

## <u>TURNOVER ORDER</u>

The Court has reviewed the Trustee's Motion to Compel Turnover of Art, and Francois Stanislas Bellon's response.  The Court orders:

1. Francois Stanislas Bellon, shall turn over to Eva S. Engelhart, Chapter 7 Trustee, all of the pieces of artwork depicted in the attached Exhibit A, not later than March 28, 2022. If the Trustee and Francois Stanislas Bellon are unable to agree on the method and terms of any turnover by noon on March 18, 2022, the parties should seek emergency relief from the Court;

2. Upon receipt, the Trustee may immediately sell the property described in paragraphs 3(a), 3(b), 3(c), and 3(d) of ECF No. 122 through usual and customary means;

3. The Trustee will retain the remaining artwork depicted in Exhibit A pending further Court order;

4. Francois Stanislas Bellon must notify all individuals and entities, including without limitation Vladimir Bellon, who purportedly hold rights in any the remaining artwork;

5. Not later than April 15, 2022, any person or entity asserting any rights in all or any of the remaining artwork may file documents with this Court asserting any rights they may have;

6. Not later than April 29, 2022, the Trustee may respond to any assertion of rights in the remaining artwork;

7. On May 9, 2022 at 3:00 p.m., the Court will conduct an evidentiary hearing regarding the ownership of the artwork.  All witnesses must appear in the Courtroom, in person, for live testimony at the hearing.  Witness and exhibit lists must be filed not later than noon on May 5, 2022.

8.  The Court recalls Francois Stanislas Bellon's prior conduct in this case.  He is urged to comply with this Order.  Failure to comply with this Order will result in a prompt hearing on how to compel his compliance.

Signed: March 15, 2022

Marvin Isgur
United States Bankruptcy Judge

Case 20-33214 Document 129 Filed in TXSB on 05/09/22 Page 5 of 34
EXHIBIT A
(Comprising this Page and the Following 29 Pages)



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A

EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A







EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A

EXHIBIT A



EXHIBIT A



EXHIBIT A





EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A